# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ERIN J. STANLEY

NO. 2024 KW 1022

**DECEMBER 16, 2024**

---

In Re:     Erin J. Stanley, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2300010.

---

**BEFORE:     GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of all pertinent minute entries, the video evidence presented at the hearing on the motion to suppress, and any other documentation or evidence that might support the claims raised in the writ application.

JMG
AHP
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT